IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LETRIA HALL                                     :

   V.                                         :          CIVIL CASE NO. WMN-11-1484

MARGOLIS, PRITZKER, EPSTEIN          :
& BLATT, P.A., et al.

O R D E R

Upon consideration of the Offer of Judgment, filed pursuant to Fed. R. Civ. P. 68, by

counsel for Margolis, etc., IT IS, this 22nd day of February, 2012, ORDERED that judgment is

entered in favor of plaintiff and against defendant Margolis, Pritzker, Epstein & Blatt, P.A. in the

amount of $1500.00 plus costs and attorneys' fees as set forth therein.

Any and all prior rulings made by the court disposing of any claims against any parties

are incorporated by reference herein, and this Order shall be deemed to be a final judgment

within the meaning of Fed. R. Civ. P. 58.

This action is hereby closed.

The Clerk of the court shall transmit a copy of this Order to all counsel of record.

 

_____/s/_____
William M. Nickerson
Senior United States District Judge