# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| LETRIA HALL<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>MARGOLIS, PRITZKER, EPSTEIN<br>& BLATT, P.A.<br><br>　　　Defendant. | **Case No. 11-cv-1484-WMN** |

## NOTICE OF SATISFACTION OF JUDGMENTS

Plaintiff Letria Hall, through her attorney Cory L. Zajdel, Esq. and Z LAW, LLC, hereby requests that the Clerk of the Court mark the judgments entered on February 22, 2012 (ECF #13), July 24, 2012 (ECF #15) and January 7, 2014 (ECF #25) as SATISFIED.

Respectfully submitted,

Z LAW, LLC

Dated: August 29, 2014　　　　By**:**　　　　　**/s/　28191**
　　　　　　　　　　　　　　　　　Cory L. Zajdel, Esq. (Fed. Bar No. 28191)
　　　　　　　　　　　　　　　　　301 Main Street, Suite 2-D
　　　　　　　　　　　　　　　　　Reisterstown, Maryland 21136
　　　　　　　　　　　　　　　　　(443) 213-1977 – telephone
　　　　　　　　　　　　　　　　　clz@zlawmaryland.com

　　　　　　　　　　　　　　　　　**Attorney for Plaintiff**